

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-13-00453-CV**

**IN THE INTEREST OF K.S., A CHILD**

_____

**From the 361st District Court
Brazos County, Texas
Trial Court No. 12-003298-CV-361**

---

**MEMORANDUM OPINION**

---

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

It states that Appellant no longer desires to pursue this appeal.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled. The motion is granted, and the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed February 13, 2014
[CV06]